**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1693**

YVONNE NELSON; D.N.; D. N.,

                    Plaintiffs - Appellants,

          v.

SAM'S CLUB,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:10-cv-03020-RBH)

Submitted:  November 15, 2011       Decided:  November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

D.N., Yvonne Nelson, D.N., Appellants Pro Se.  William Keefer
Brumbach, III, LITTLER MENDELSON, P.C., Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yvonne Nelson and her two minor children appeal the district court's order accepting the recommendation of the magistrate judge and granting the Defendant's motion to dismiss the complaint as well as the district court's denial of her motion to vacate the judgment. We have reviewed the record and find no reversible error with either order. Accordingly, we affirm for the reasons stated by the district court. Nelson v. Sam's Club, No. 4:10-cv-03020-RBH (D.S.C. May 18 & June 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED